Pamela J. Chaney, SBN 24006983
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 10-10333-RLJ-13 |
| CHRIS EUGENE TOVAR | § |
| MICHAELIN BETS TOVAR | § |
| | § HEARING DATE: 2/29/2012 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: January 18, 2012

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I.

HISTORY OF THE CASE

1. Date Case Filed: 9/30/2010

2. Date of Section 341 Meeting: 10/26/2010

3. First Payment Date: 10/30/2010

4. Date of Confirmation: 12/3/2010

5. Total Plan Term Prior to this Modification: 36 months

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 16 months

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 20 months

8. Amount of Arrears through the month prior to the date the Modification is filed: none

9. Date plan payments are to resume: 2/29/2012

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $10,331.00

11. Total Payments Due to the Trustee through the month prior to the date the Modification is filed with the clerk: $10,331.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: none (already paid)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC filed 5/3/2011

## II.
## MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x____ Plan payments remain at $380.00 per month.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

## III.
## RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $380.00 will resume on or before 2/29/2012 for 20 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will not change from $18,311.00.

## IV.
## TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

## V.
## SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D; A=ADD; D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| A | P-IRS Special Procedures | 2009 post-petition Income tax liability | $2,610.00 | $130.50 per month starting in month 17 of plan |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

## VI.
## ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00, of which $400.00 will be paid through the Plan by the Trustee.

## VII.
## REASON FOR MODIFICATION

This modification is requested for the following reason(s): Debtor's wish to add 2009 post-petition 1040 tax liability per IRS request to the plan.

## VIII.
## BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,
/s/Pamela J. Chaney
Attorney for Debtors

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification Plan After Confirmation has been served by me on 01/24/2012, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Pamela J. Chaney
Attorney for Debtors

```
Label Matrix for local noticing          306 Federal Building                   Abilene Regional Medical Center
0539-1                                   1205 Texas Avenue                      6250 Hwy 83-84 at Antilley Road
Case 10-10333-rlj13                      Lubbock, TX 79401-4037                 Abilene, TX 79606
Northern District of Texas
Abilene
Mon Jan 23 14:23:19 CST 2012

Accounts Receivable Consultants, Inc.    Acs-panhandle Plains                   Allied Interstate
507 N. Sam Houston Pkwy E., suite 110    501 Bleecker St                        3000 Corporate Exchange Dr.
Houston, TX 77060-4070                   Utica, NY 13501-2401                   Columbus, OH 43231-7684


BCA Permian Basin Clinic-Cedar Crest Cli Bac Home Loans Servici                 Derrick Long
3500 S. IH 35                            450 American St                        2500 S. Willis
Belton, TX 76513-9426                    Simi Valley, CA 93065-6285             Abilene, TX 79605-6255


Financial Corporation of America         GE Money Bank                          Gemb-care Credit
PO Box 203500                            Attn: Bankruptcy Department            950 Forrer Blvd
Austin, TX 78720-3500                    PO Box 960061                          Kettering, OH 45420-1469
                                         Orlando FL 32896-0661


Gemb-walmart                             Gemb-walmart Dc                        Great Lakes Educational Loan Services
Po Box 981400                            Attention: Bankruptcy                  Claims Filing Unit
El Paso, TX 79998-1400                   PO Box 103104                          PO Box 8973
                                         Roswell, GA 30076-9104                 Madison, WI 53708-8973


(p)INTERNAL REVENUE SERVICE              Intergrity Financial Partners, Inc.   Monte J. White & Associates, P.C.
CENTRALIZED INSOLVENCY OPERATIONS        4370 W. 109th St., Suite 100           402 Cypress, Suite 310
PO BOX 7346                              Overland Park, KS 66211-1316           Abilene, TX 79601-5151
PHILADELPHIA PA 19101-7346


PRA Receivables Management LLC           PRA Receivables Management, LLC        Panhandle Plains
PO Box 41067                             As Agent Of Portfolio Recovery Assocs. Student Services Care of Claims Dept
Norfolk, VA 23541-1067                   CO Wal-mart                            PO Box 839
                                         POB 41067                              Canyon, TX 79015-0839
                                         Norfolk VA 23541-1067


Panhandle-Plains                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Primewest Mortgage Cor
CO Texas Guaranteed Student Loan Corp    PO BOX 41067                           9816-slide Rd
PO Box 83100                             NORFOLK VA 23541-1067                  Lubbock, TX 79424-5781
Round Rock, TX. 78683-3100


Security Service Fcu                     Taylor Emer Medicine Assoc             Texas Guar Student Loan Corp
16211 La Cantera Pkwy                    PO Box 400                             PO Box 83100
San Antonio, TX 78256-2419               San Antonio, TX  78292-0400            Round Rock, TX 78683-3100


Texas Guaranteed Studen Loan Corporation Us Dept Of Ed-glelsi                   Wabash College
Attn. Bankruptcy Unit                    2401 International                     301 W. Wabash Ave
PO Box 83100                             Madison, WI 53704-3121                 Crawfordsville, IN 47933-2484
Round Rock, TX 78683-3100
```

| | | |
|---|---|---|
| Chris Eugene Tovar<br>5358 Willow Ridge Rd.<br>Abilene, TX 79606-5782 | Michaelin Beth Tovar<br>83 Tamarisk Circle<br>Abilene, TX 79606-5050 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC.<br>PO Box 41067<br>Norfolk, VA 23541 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34