IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

Chris Eugene Tovar
and
Michaelin Beth Tovar
   Debtor(s)

CASE NO.: 10-10333-RLJ-13

HEARING DATE: October 30, 2013
HEARING TIME: 11:00 AM

DEBTOR CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, o' any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Chris Eugene Tovar
Debtor

/s/Michaelin Beth Tovar
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON October 30, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601. IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON October 30, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: September 5, 2013

/s/Monte J. White
Attorney for Debtors

Label Matrix for local noticing
0539-1
Case 10-10333-rlj13
Northern District of Texas
Abilene
Tue Sep 10 14:16:34 CDT 2013

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Abilene Regional Medical Center
6250 Hwy 83-84 at Antilley Road
Abilene, TX 79606

Accounts Receivable Consultants, Inc.
507 N. Sam Houston Pkwy E., suite 110
Houston, TX 77060-4070

Acs-panhandle Plains
501 Bleecker St
Utica, NY 13501-2401

Allied Interstate
3000 Corporate Exchange Dr.
Columbus, OH 43231-7684

BCA Permian Basin Clinic-Cedar Crest Cli
3500 S. IH 35
Belton, TX 76513-9426

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Derrick Long
2500 S. Willis
Abilene, TX 79605-6255

Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500

GE Money Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

Gemb-care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Gemb-walmart
Po Box 981400
El Paso, TX 79998-1400

Gemb-walmart Dc
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Great Lakes Educational Loan Services
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Intergrity Financial Partners, Inc.
4370 W. 109th St., Suite 100
Overland Park, KS 66211-1316

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Wal-mart
POB 41067
Norfolk VA 23541-1067

Panhandle Plains
Student Services Care of Claims Dept
PO Box 839
Canyon, TX 79015-0839

Panhandle-Plains
CO Texas Guaranteed Student Loan Corp
PO Box 83100
Round Rock, TX. 78683-3100

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Primewest Mortgage Cor
9816-slide Rd
Lubbock, TX 79424-5781

Security Service Fcu
16211 La Cantera Pkwy
San Antonio, TX 78256-2419

Taylor Emer Medicine Assoc
PO Box 400
San Antonio, TX 78292-0400

Texas Guar Student Loan Corp
PO Box 83100
Round Rock, TX 78683-3100

Texas Guaranteed Studen Loan Corporation
Attn. Bankruptcy Unit
PO Box 83100
Round Rock, TX 78683-3100

Us Dept Of Ed-glelsi
2401 International
Madison, WI 53704-3121

Wabash College
301 W. Wabash Ave
Crawfordsville, IN 47933-2484

Chris Eugene Tovar
4700 Boulder Drive Apt #404
Midland, TX 79707-3302

Michaelin Beth Tovar
4700 Boulder Drive Apt #404
Midland, TX 79707-3302

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC.
PO Box 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34